UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SHANNON JONES,

    Plaintiff,

v.                                  Case No.:  2:20-cv-557-FtM-38MRM

SCOTTY'S AUTOMOTIVES, INC.
and SCOTT P. JANSON,

    Defendants.
_____/

**ORDER**[1]

Before the Court is the parties' Notice of Settlement (Doc. 13) and Joint Stipulation of Dismissal with Prejudice (Doc. 14). Plaintiff sued Defendants for unpaid overtime wages under the Fair Labor Standards Act ("FLSA"). (Doc. 1). The parties settled the FLSA claims in full without compromise and with attorney's fees negotiated separately. So the Court need not review and approve the settlement for fairness. See *Lynn's Food Stores, Inc. v. U.S. Dep't of Labor*, 679 F.2d 1350, 1352 (11th Cir. 1982); *Bonetti v. Embarq Mgmt. Co.*, 715 F. Supp. 2d 1222, 1226 n.6 (M.D. Fla. 2009). Each party signed the Joint Stipulation, so the Court will dismiss this case with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012).

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

(1) This case is **DISMISSED with prejudice**.

(2) The Clerk is **DIRECTED** to enter judgment, terminate all pending deadlines or motions, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 16th day of September, 2020.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record